## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:21-cv-00515-RMR-SKC

ANTHONY MULLIS,

    Plaintiff,

v.

THE VANGUARD SCHOOL,

    Defendant.

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties jointly stipulate to the dismissal of this action with prejudice, each party to bear his or its own fees and costs related to this action.

Respectfully submitted this 19th day of August 2022.

| | |
|---|---|
| **HKM Employment Attorneys, LLP** | **Overturf McGath & Hull, P.C.** |
| *s/ Shelby Woods* | *s/ Lindsey W. Jay* |
| Shelby Woods | Lindsey W. Jay |
| Claire E. Hunter | Overturf McGath & Hull, P.C. |
| HKM Employment Attorneys LLP | 625 East Sixteenth Avenue, Suite 100 |
| 730 17th Street, Suite 750 | Denver, Colorado 80203 |
| Denver, Colorado 80202 | Tel: (303)860-2848 |
| 720.668.8989 | Fax: (303) 860-2869 |
| swoods@hkm.com | lwj@omhlaw.com |
| chunter@hkm.com | *Attorneys for Defendant The Vanguard School* |
| *Attorneys for Plaintiff Anthony Mullis* | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 19th day of August 2022, a true and correct copy of the foregoing **STIPULATION FOR DISMISSAL WITH PREJUDICE** was filed with the Court and served via CM/ECF on the following:

Lindsey W. Jay
Overturf McGath & Hull, P.C.
625 East Sixteenth Avenue, Suite 100
Denver, Colorado 80203
Tel: (303)860-2848
Fax: (303) 860-2869
lwj@omhlaw.com
*Attorneys for Defendant The Vanguard School*

                                        *s/ Jen Kern*
                                        Jen Kern, Paralegal